UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE DANIEL CASTILLO-ANTONIO,

    Plaintiff,

    v.

RUI LIAN TAN, et al.,

    Defendants.

Case No. 13-cv-05548-JD

**ORDER TO SHOW CAUSE**

In an order dated January 15, 2015, the Court set a case management conference in this matter for March 11, 2015, at 1:30 p.m. Case Management Scheduling Order, Dkt. No. 28. The Court's Standing Order for Civil Cases, which was specifically referred to in the January 15 order, requires that "each party shall be represented at the case management conference by lead counsel" and also advises parties that "[f]ailure of lead counsel to appear may result in sanctions."

On March 11, 2015, the Court held the initial case management conference as scheduled. Lead plaintiff's counsel, Mr. Hoa Cooc, did not appear. Mr. Cooc neither requested nor was granted leave not to appear.

Accordingly, Mr. Cooc is hereby ordered to show cause in writing as to why the Court should not impose monetary sanctions for his failure to adhere to this Court's standing order. The response to this order is due by 5:00 p.m. on Wednesday, March 18, 2015.

**IT IS SO ORDERED.**

Dated: March 11, 2015

_____
JAMES DONATO
United States District Judge