UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO,<br><br>Plaintiff,<br><br>v.<br><br>RUI LIAN TAN, et al.,<br><br>Defendants. | Case No. 13-cv-05548-JD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND ISSUING SANCTIONS** |

In an order dated January 15, 2015, the Court set a case management conference in this matter for March 11, 2015, at 1:30 p.m. Case Management Scheduling Order, Dkt. No. 28. The Court's Standing Order for Civil Cases, which was specifically referred to in the January 15 order, requires that "each party shall be represented at the case management conference by lead counsel" and also advises parties that "[f]ailure of lead counsel to appear may result in sanctions."

On March 11, 2015, the Court held the initial case management conference as scheduled. Lead plaintiff's counsel, Mr. Hoa Cooc, did not appear. Mr. Cooc neither requested nor was granted leave not to appear. The Court ordered Mr. Cooc to show cause why the Court should not impose monetary sanctions for failing to adhere to the Court's standing order. *See* Order to Show Cause, Dkt. No. 33.

The Court has received Mr. Cooc's response, *see* Dkt. No. 37, and finds his absence from the case management conference unjustified. Mr. Cooc should have filed a motion either to excuse his appearance or to move the case management conference as soon as he believed he would be unable to attend the case management conference. The Court imposes $500 in sanctions on Mr. Cooc for failure to comply with the Court's orders. Mr. Cooc will pay the sanction to the Clerk of the Court by no later than July 23, 2015, and the order to show cause is discharged.

**IT IS SO ORDERED.**

Dated: July 9, 2015

_____
JAMES DONATO
United States District Judge